KASOWITZ BENSON TORRES LLP
MARGARET ZIEMIANEK (SBN 233418)
  mziemianek@kasowitz.com
EDWARD E. SHAPIRO (SBN 326182)
  eshapiro@kasowitz.com
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

KASOWITZ BENSON TORRES LLP
ROBERT M. NOVICK (PRO HAC VICE)
  rnovick@kasowitz.com
1633 Broadway, 21st Floor
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Plaintiff Leap Tide Capital Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>DIADEXUS, INC.,<br><br>Debtor. | Case No. 18-CV-04002-CRB<br><br>(Bk. No. 16-30654-HLB – Ch. 7) |
| LEAP TIDE CAPITAL MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LORI RAFIELD; LEONE PATTERSON; ELIZABETH HUTT POLLARD; JAMES R. SULAT; JOHN J. SPERZEL; KAREN DREXLER; and JOHN T. CURNUTTE,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** : ORDER<br><br>Hon. Charles R. Breyer |

By and through their respective undersigned counsel, Plaintiff Leap Tide Capital Management, LLC ("Plaintiff") and current and former defendants Leone Patterson, Kenneth C. Fang, Adeoye Olukotun, Elizabeth Hutt Pollard, James R. Sulat, John J. Sperzel, John T. Curnutte, Karen Drexler and Lori Rafield ("Defendants") hereby stipulate and agree as follows:

WHEREAS, the parties have agreed to a settlement of this matter;

PLAINTIFF AND DEFENDANTS HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss the above-captioned matter with prejudice. This stipulation and dismissal terminates the above-captioned action against all parties. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: March 5, 2020  KASOWITZ BENSON TORRES LLP

By: /s/ Robert M. Novick
Robert M. Novick

1633 Broadway
New York, NY 10019
Telephone: 212.506.1700
Facsimile: 212.506.1800

*Attorneys for Plaintiff*

Dated: March 5, 2020  FENWICK & WEST LLP

By: /s/ Susan S. Muck
Susan S. Muck

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

*Attorneys for Defendants*

2

18-CV-04002-CRB
*Stipulation of Dismissal*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: March 5, 2020   KASOWITZ BENSON TORRES LLP

By: /s/ Robert M. Novick
Robert M. Novick

1633 Broadway
New York, NY 10019
Telephone: 212.506.1700
Facsimile: 212.506.1800

*Attorneys for Plaintiff*

Date: March 9, 2020

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA